IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Britton, Allie M | Case Number: 07 B 02918 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/4/07 | Filed: 2/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: July 23, 2007
Confirmed:  April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 686.54 |  |
| Secured: |  | 180.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 469.48 |
| Trustee Fee: |  | 37.06 |
| Other Funds: |  | 0.00 |
| Totals: | 686.54 | 686.54 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,234.00 | 469.48 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 304.34 | 30.00 |
| 6. | Cook County Treasurer | Secured | 1,800.00 | 150.00 |
| 7. | America's Servicing Co | Secured | 1,355.90 | 0.00 |
| 8. | HomeComings Financial Network | Secured | 7,419.59 | 0.00 |
| 9. | Dell Financial Services, Inc | Unsecured | 0.00 | 0.00 |
| 10. | Capital One | Unsecured | 322.10 | 0.00 |
| 11. | Cook County Treasurer | Unsecured | 180.27 | 0.00 |
| 12. | Jefferson Capital | Unsecured | 39.28 | 0.00 |
| 13. | American General Finance | Unsecured | 327.78 | 0.00 |
| 14. | Nissan Motor Acceptance Corporation | Unsecured | 1,247.54 | 0.00 |
| 15. | Premium Asset Recovery Corp | Unsecured | 18.16 | 0.00 |
| 16. | Chase Bank USA NA | Unsecured | 32.44 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 300.11 | 0.00 |
| 18. | Capital One | Unsecured | 159.81 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 44.21 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 124.67 | 0.00 |
| 21. | I C Systems Inc | Unsecured | 17.85 | 0.00 |
| 22. | Nicor Gas | Unsecured | 167.20 | 0.00 |
| 23. | Jefferson Capital | Unsecured | 73.65 | 0.00 |
| 24. | CitiFinancial | Unsecured |  | No Claim Filed |
| 25. | AFNI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Britton, Allie M | | Case Number: 07 B 02918 |
|---|---|---|---|
| | | | Judge: Goldgar, A. Benjamin |
| | Printed: 9/4/07 | | Filed: 2/20/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 27. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 28. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 29. | Sam Club | Unsecured | | No Claim Filed |
| 30. | Blue Green Corp | Unsecured | | No Claim Filed |

$ 16,168.90                           $ 649.48

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 37.06 |

$ 37.06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_